LAW OFFICES OF
**REINER & SLAUGHTER, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
April K. Gesberg, State Bar No. 290423

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALFRED VESSELL,<br><br>   Plaintiff,<br><br>vs.<br><br>WERNER CO. also known as WERNER LADDER COMPANY;<br>HOME DEPOT U.S.A., INC.;<br>and DOES 1 through 50, inclusive,<br><br>   Defendants.<br>_____/ | NO.  2:15 CV 00633-MCE-CMK<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS WERNER CO. also knows as WERNER LADDER COMPANY; HOME DEPOT U.S.A. INC.** |

### STIPULATION AND VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff may and hereby does, dismiss Defendants WERNER CO. also known as WERNER LADDER COMPANY; and HOME DEPOT U.S.A., INC., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear its own costs and fees.

//

//

---

1
STIPULATION TO VOLUNTARY DISMISSAL OF DEFENDANTS

Dated: March 15, 2016						REINER & SLAUGHTER, LLP


							By Todd E. Slaughter /s/
							    RUSSELL REINER
							    TODD E. SLAUGHTER
							    Attorneys for Plaintiff


Dated: March 11, 2016						CUNNINGHAM SWAIM, LLP


							By Michael J. Terhar /s/
							    MICHAEL J. TERHAR
							    Attorney for Defendants

### ORDER

Pursuant to the foregoing stipulation, Defendants WERNER CO., also known as WERNER LADDER COMPANY, and HOME DEPOT U.S.A., INC. are hereby DISMISSED from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: March 17, 2016

							_____
							MORRISON C. ENGLAND, JR., CHIEF JUDGE
							UNITED STATES DISTRICT COURT